DOCUMENT: VERIFIED COMPLAINT

**COUNT I: BREACH OF FIDUCIARY DUTY & NEGLECT (Trust Indenture Act of 1939, 15 U.S.C. § 77ooo / TIA § 315)**

**1. The "Prudent Person" Standard of Care**

Pursuant to **TIA § 315(c)**, the Defendant, **BARCLAYS CAPITAL INC.** ("the Trustee"), as the Indentured Trustee for **Finsbury Square 2020-2 PLC (CUSIP G345AHAA1)**, owes a non-delegable fiduciary duty to the Plaintiff to exercise the degree of care and skill that a "prudent person" would exercise under the circumstances in the conduct of their own affairs . This duty is mandatory as the subject security reached its **Legal Maturity on 16 March 2025**, requiring the absolute discharge of the obligation.

**2. Notice of Default and Fiduciary Neglect**

The Trustee received formal **Notice of Adverse Claim (UCC § 8-105)** and **Notice of Default** regarding the servicing conduct of its Nominee/Servicer, **KENSINGTON MORTGAGE COMPANY LIMITED (KMC)** . Despite having **Actual Notice** of the **Registration Gap** and the physical perfection of the jurisdictional record at the **Gateshead County Court**, confirmed delivered and signed for by **"COURTS"** on **13 May 2026 at 09:13 AM** (Tracking **AS269927639GB**), the Trustee failed to intervene, thereby facilitating the conversion of trust assets.

**3. Finding of Administrative Dishonour**

Following the expiration of the administrative ripening period on **May 11, 2026**, the Plaintiff issued a formal **Certificate of Dishonour and Administrative Default**, which is hereby incorporated by reference as **Exhibit E** to this Complaint . This exhibit serves as empirical evidence that the Trustee has failed to rebut the Trust's superior beneficial interest or address the **26-digit IRMF fingerprint** proving the debt is balanced at the U.S. Treasury.

**4. The Breach**

The Defendant Trustee has breached its duties under **TIA § 315** and **TIA § 316(b)** by :

- **Failing to Supervise:** Allowing its Nominee to proceed with a foreclosure action based on a debt that has been forensically balanced, where the Original Issue Discount ($OID$) is equivalent to the face value ($OID = \text{Face Value} - \text{Issue Price } \$0.00$).
- **Bad Faith Enforcement:** Continuing to authorize the liquidation of the Plaintiff's credit energy despite the absolute statutory obligation to discharge the matured obligation.
- **Willful Blindness:** Ignoring the **Notice of Adverse Claim** and the subsequent **Certificate of Dishonour (Exhibit E)**, thereby forfeiting all statutory **"Safe Harbour"** protections under **UCC § 8-115** .

**5. Damages**

As a direct and proximate result of the Trustee's neglect, as documented in **Exhibit B** and **Exhibit D**, the Plaintiff has suffered a cloud on title, the unlawful impairment of their beneficial interest, and the continued threat of a conversion of the subject lands.