UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN JOSEPH KELLY,

               Plaintiff,

        -against-

BARCLAYS CAPITAL INC.,

              Defendant.

26-CV-4105 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application.[1]  If Plaintiff submits the IFP application, it should be labeled with docket number 26-CV-4105 (LTS).[2]  If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

---

[1]  Payment of fees by mail: (1) can be made by money order or certified check payable to: Clerk, USDC, SDNY; and (2) must include the docket number listed above. Personal checks are not accepted. Payment by mail should be sent to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007. Alternatively, fees can be paid in person at the courthouse by credit card or cash, as well as by money order or certified check.

[2]  Filers are required not to include certain information in their pleadings, including the names of individuals known to be minors, social security numbers, birth dates, and financial-account numbers. *See* Fed. R. Civ. P. 5.2. Among other reasons, this is because federal court filings, including IFP applications, are generally "available over the internet." *See* Fed. R. Civ. P. 5.2, Advisory Notes.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    May 18, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge